■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN OBERBECK, Appellant. [726 NYS2d 321] —Judgment unanimously affirmed. Memorandum: The evidence is legally sufficient to establish that the burglarized premises constituted a "dwelling" as defined in Penal Law § 140.00 (3) (*see,* Penal Law § 140.25 [2]; *People v Hodgins,* 277 AD2d 911; *People v Windbush,* 202 AD2d 527, 528, *lv denied* 83 NY2d 878; *see generally, People v Quattlebaum,* 91 NY2d 744, 746-748). The sentence is not unduly harsh or severe. (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Burns, JJ.